Jared W. Allen, ISB No. 5793
BEARD ST. CLAIR GAFFNEY PA
955 Pier View Drive
Idaho Falls, ID 83402
Tel: (208) 523-5171
Fax: (208) 529-9732
Email: allen@beardstclair.com

Glenn D. Bellamy, Ohio Bar No. 0070321 (Pro Hac Vice forthcoming)
Wood Herron & Evans LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: (513) 707-0243
Fax: (513) 241-6234
E-mail: gbellamy@whe-law.com

Matthew A. Colvin Texas Bar No. 24087331 (Pro Hac Vice forthcoming)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, RARE BREED TRIGGERS, INC., a Texas corporation, and RBTM LLC, a Wyoming limited liability company,<br><br>       Plaintiffs,<br><br>   vs.<br><br>ODIN WORKS, INC. an Idaho corporation, and THOMAS HINES, an individual,<br><br>       Defendants. | Case No.:<br><br><br>APPLICATION FOR PRO HAC VICE ADMISSION – GLENN BELLAMY |

Application for Pro Hac Vice Admission – Glenn Bellamy - 1

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Glenn Bellamy hereby applies for admission *pro hac vice* to appear and participate in this case on behalf of the Plaintiffs, ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC.

The applicant hereby attests as follows:

1.    Applicant resides in Loveland, Ohio and practices law at the following address and phone number:

Wood Herron & Evans LLP
600 Vine Street, Suite 2800
Cincinnati OH 45202
Tel: (513) 707-0243

2.    Applicant has been admitted to practice before the following courts on the following dates:

| | |
|---|---|
| Ohio State Bar | 1999 |
| U.S. District Court, Southern District of Ohio | 1999 |
| U.S. District Court, Northern District of Ohio | 2011 |
| U.S. District Court, Colorado | 2006 |
| U.S. District Court, Southern District of Indiana | 2011 |
| U.S. Court of Appeals, 5th Circuit | 2023 |
| U.S. Court of Appeals, 6th Circuit | 1998 |
| U.S. Court of Appeals, 9th Circuit | 1988 |
| U.S. Court of Appeals, 11th Circuit | 2015 |
| U.S. Court of Appeals, Federal Circuit | 1988 |
| U.S Court of International Trade | 1999 |
| United States Supreme Court | 1991 |

3.    Applicant is in good standing and eligible to practice law in said courts.

4.    Applicant is not currently suspended or disbarred in any other courts.

5.    Jared W. Allen, a member in good standing of the bar of this court, practices at the following office address and phone number:

Beard St. Clair Gaffney PA
955 Pier View Drive
Idaho Falls, ID 83404
(208) 523-5171

Jared Allen is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Signed under penalty of perjury.

Dated: July 13, 2026.

/s/ Glenn Bellamy                    /s/ Jared W. Allen
Glenn Bellamy, Applicant        Jared W. Allen, Designee

Application for Pro Hac Vice Admission – Glenn Bellamy - 3